# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN CAREY, )<br>)<br>      Plaintiff )<br>)<br>v. )<br>) <br>GREYSTONE ALLIANCE, LLC, )<br>)<br>      Defendant ) | **Case No.: 1:14-cv-12375-DJC** |

## DEFAULT JUDGMENT

**CASPER, J.**

Defendant, Greystone Alliance, LLC, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant is not an infant or incompetent person or in the military service of the United States.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover for defendant <u>Greystone Alliance, LLC</u> the principal amount of $ <u>1,000.00</u> , with costs in the amount of $ <u>6,510.00</u> and prejudgment interest at the rate of <u>12</u>% .

By the Court,

August 5, 2015                    /s/ Lisa M. Hourihan
                                  Deputy Clerk

NOTE: The post judgment interest rate effective this date is .33 %.